O

# United States District Court
# Central District of California

| | |
|---|---|
| BASSEM MUSTAPHA HIJAZI,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>LORETTA E. LYNCH, United States Attorney General; JEH JOHNSON, Secretary of the Department of Homeland Security; LEON RODRIGUEZ, Director of the United States Citizenship and Immigration Service; SUSAN M. CURDA, Director of United States Citizenship and Immigration Service Los Angeles District; IRENE MARTIN, United States Citizenship and Immigration Service San Bernardino Field Office Director,<br><br>　　　　Respondents. | Case No. 5:16-CV-00449-ODW(KK)<br><br>**ORDER TO SHOW CAUSE** |

On May 25, 2016, Petitioner, Bassem Mustapha Hijazi filed a writ of mandamus seeking to force the United States Citizenship and Immigration Service (embodied here by the named Respondents) to either approve or deny his N-400 Application for Naturalization. (Compl. 4, ECF No. 1.) Petitioner alleges that the agency has taken longer than the proscribed 120-day period to adjudicate his application. (*Id.*) However, Plaintiff failed to serve Respondents within the Rule 4(m) period after filing his complaint

Therefore, the Court **ORDERS** Petitioner to **SHOW CAUSE**, no later than **October 26, 2016**, why the Court should not dismiss this case for failure to effect service of process within the Rule 4(m) period. The Court will discharge this Order upon the filing of a proof of service as to each Respondent. Failure to timely respond to this Order may result in the dismissal of this case without prejudice without further warning from the Court.

**IT IS SO ORDERED.**

October 12, 2016

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**

2