# United States District Court
# Central District of California

BASSEM MUSTAPHA HIJAZI,

        Petitioner,

    v.

LORETTA E. LYNCH, United States
Attorney General; JEH JOHNSON,
Secretary of the Department of Homeland
Security; LEON RODRIGUEZ, Director
of the United States Citizenship and
Immigration Service; SUSAN M.
CURDA, Director of United States
Citizenship and Immigration Service Los
Angeles District; IRENE MARTIN,
United States Citizenship and Immigration
Service San Bernardino Field Office
Director,

        Respondents.

Case No. 5:16-CV-00449-ODW(KK)

**ORDER TO SHOW CAUSE**

On March 29, 2017, the Court ordered Petitioner Bassem Mustapha Hijazi to properly serve the United States by April 10, 2017.  (ECF No. 11.)  Plaintiff has not filed any evidence showing that such service was accomplished.  If Plaintiff fails to file such evidence on or before April 18, 2017, the Court will dismiss this case without prejudice, without further notice.

**IT IS SO ORDERED.**

April 17, 2017

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**