# United States District Court
# Central District of California

| | |
|---|---|
| BASSEM MUSTAPHA HIJAZI,<br><br>        Petitioner,<br><br>    v.<br><br>LORETTA E. LYNCH, United States Attorney General; JEH JOHNSON, Secretary of the Department of Homeland Security; LEON RODRIGUEZ, Director of the United States Citizenship and Immigration Service; SUSAN M. CURDA, Director of United States Citizenship and Immigration Service Los Angeles District; IRENE MARTIN, United States Citizenship and Immigration Service San Bernardino Field Office Director,<br><br>        Respondents. | Case No. 5:16-CV-00449-ODW(KK)<br><br>**ORDER TO SHOW CAUSE** |

On March 29, 2017, the Court ordered Petitioner Bassem Mustapha Hijazi to properly serve the United States by April 10, 2017. (ECF No. 11.) The Court set a April 18, 2017 deadline for Petitioner to file proof of service. (ECF No. 12.) Petitioner did not file proof of service by that date. Accordingly, the Court dismisses this case without prejudice. The Clerk of Court shall close the case.

**IT IS SO ORDERED.**

April 20, 2017

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**